Argued and submitted March 30, reversed and remanded for reconsideration
July 22, 1992

In the Matter of the Compensation of
James D. Long, Claimant.
TREES, INC.,
*Petitioner,*

*v.*

James D. LONG,
*Respondent.*
(WCB 90-14591; CA A70499)
836 P2d 141

Darren L. Otto, Portland, argued the cause for petitioner. On the brief were Allen W. Lyons and Scheminske & Lyons, Portland.

Michael Strooband and Bischoff & Strooband, P.C., Eugene, filed the brief for respondent.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Durham, Judge.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron,* 114 Or App 64, 836 P2d 131 (1992).